IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.G.H.,

Appellant,

Case No.  5D21-3013
v.                                                    LT Case No. 2021-000228-FD


J.M.C AND M.J.C, PARENTS, AND
IN RE: THE ADOPTION OF I.D.C. A CHILD,

Appellees.
_____/

Decision filed July 5, 2022

Appeal from the Circuit Court
for Putnam County,
Alicia R. Washington, Judge.

Stacey E. Kircher, of Kircher &
Arnau, P.L., Ormond Beach, for
Appellant.

Lori Wurtzel, of Wurtzel Law, PLLC,
Winter Park, for Appellees.


PER CURIAM.

        AFFIRMED.


EVANDER, HARRIS and NARDELLA, JJ., concur.